

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tinting Lin | CASE NO. 21-cv-1348-JAH-AGS |
| Plaintiff, | |
| vs. | JUDGMENT AND DISMISSAL BY COURT UNDER PURSUANT TO F.R.Civ.P. 4(m) FOR WANT OF PROSECUTION |
| Alejandro Mayorkas; Merrick Garland; Gregory Richardson | |
| Defendant, | |

The above entitled cause, having come before the court on a calendar call pursuant to notice under the F.R. Civ.P. 4(m), for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled cause is hereby dismissed as to defendant(s) Alejandro Mayorkas, Merrick Garland, and Gregory Richardson , without prejudice, for want of prosecution.

Dated: 3/29/2023

Hon. John A. Houston
United States District Judge